**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MIKE FASULA CONCRETE CONSTRUCTION, § Case No. 12-82758
§
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 19, 2012. The undersigned trustee was appointed on July 19, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of  $ 125,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 11,125.53 |
   | Bank service fees | 1,105.55 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]  $ | 112,768.92 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 12/05/2012 and the deadline for filing governmental claims was 12/05/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,500.00, for a total compensation of $9,500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/02/2013         By: /s/BERNARD J. NATALE
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-82758  
**Case Name:** MIKE FASULA CONCRETE CONSTRUCTION,  

**Trustee:**   (330370)   BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/19/12 (f)  
**§341(a) Meeting Date:** 08/23/12  

**Period Ending:** 10/02/13  

**Claims Bar Date:** 12/05/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Blackhawk Bank | 34.27 | 34.27 | | 0.00 | FA |
| 2 | Harris Bank, N.A. | 195.64 | 195.64 | | 0.00 | FA |
| 3 | Bos & Son Masonry, Inc. | 5.00 | 5.00 | | 0.00 | FA |
| 4 | Larson & Larson Builders | 3,276.25 | 3,276.25 | | 0.00 | FA |
| 5 | Tri North Builders | 1,142.50 | 1,142.50 | | 0.00 | FA |
| 6 | Gorman & Company, Inc. | 18,278.46 | 0.01 | | 0.00 | FA |
| 7 | 1979 Louisville 8000 Dump Truck | 8,500.00 | 8,500.00 | | 0.00 | FA |
| 8 | 1999 Ford F-800 Flatbed | 10,500.00 | 10,500.00 | | 0.00 | FA |
| 9 | 1999 Ford F-800 Flatbed | 10,500.00 | 10,500.00 | | 0.00 | FA |
| 10 | 1992 International Flatbed | 8,500.00 | 8,500.00 | | 0.00 | FA |
| 11 | 1986 International Flatbed Tandum | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 12 | 2004 Ford F-650 Form Truck with Rack | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 13 | 1999 Ford F-450 Flatbed | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 14 | 2005 Ford F-450 Flatbed | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 15 | 2003 Ford E-250 Van | 8,500.00 | 8,500.00 | | 0.00 | FA |
| 16 | 2004 Ford E-550 Cube Van | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 17 | 2002 Ford F-250 Diesel Pickup | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 18 | 2002 Ford F-250 Pickup | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 19 | 2000 Ford Ranger Pickup | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 20 | 2008 Ford F-250 Utility Box Truck | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 21 | Case 75XT Skid Loader | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 22 | 2004 Pace American Enclosed Trailer | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 23 | 2005 Contrail 6 Ton Trailer | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 24 | 1989 Lil Brut Loader Trailer | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 25 | 1999 Cronkite 10,000 lb Trailer | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 26 | 1999 Cronkite 10,000 lb Trailer | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 27 | 2004 Tilt Bed Trailer for Roller | 800.00 | 800.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82758  
**Case Name:** MIKE FASULA CONCRETE CONSTRUCTION,  

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/19/12 (f)  
**§341(a) Meeting Date:** 08/23/12  

**Period Ending:** 10/02/13  
**Claims Bar Date:** 12/05/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 2003 Haulmark Trailer for Rider Machines | 500.00 | 500.00 | | 0.00 | FA |
| 29 | 1974 Dakota 12 Ton Trailer | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 30 | 2 sets of office furniture with 1 computer | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 31 | Finishing Machine - 3' and 4' | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 32 | 3 Riders | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 33 | 4 Soft Cut Saws | 5,800.00 | 5,800.00 | | 0.00 | FA |
| 34 | Road Saw 65 hp | 3,500.00 | 0.00 | | 0.00 | FA |
| 35 | Road Saw 25 hp | 800.00 | 800.00 | | 0.00 | FA |
| 36 | Power Pack & Ring Saw | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 37 | 10 - 12"-14" Hand Saws ($750.00 each) | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 38 | 4 Oilers for Wall Forms ($1,500.00 each) | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 39 | Tampers | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 40 | Wacker Roller | 6,500.00 | 6,500.00 | | 0.00 | FA |
| 41 | Concrete Stamps - 12 Sets | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 42 | Auger with Bits | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 43 | Trencher | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 44 | Concrete Breaker | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 45 | Broom | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 46 | 5 Concrete Buggies | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 47 | 185 SulAir | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 48 | Ha n Power Tools, Generators, Hammer Drills, etc | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 49 | General trade tools and measuring equipment | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 50 | 4' - 2 Bar Forms 4' - 2 Bar Fillers | 22,500.00 | 22,500.00 | | 0.00 | FA |
| 51 | 4' - 3 Bar Forms 4' - Bar Filler | 22,500.00 | 22,500.00 | | 0.00 | FA |
| 52 | 8' - 4 Bar Forms 8' - 4 Bar Fillers | 45,000.00 | 45,000.00 | | 0.00 | FA |
| 53 | 8 - 6 Bar Forms 8' - 6 Bar Fillers | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 54 | 6' - 4 Bar Forms 6' - 4 Bar Fillers | 10,000.00 | 10,000.00 | | 0.00 | FA |

Exhibit A

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82758  
**Case Name:** MIKE FASULA CONCRETE CONSTRUCTION,

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/19/12 (f)  
**§341(a) Meeting Date:** 08/23/12  

**Period Ending:** 10/02/13

**Claims Bar Date:** 12/05/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 55 | 10' - 6 Bar Forms 10' - 6 Bar Fillers | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 56 | Raw Materials (Steel, wire mesh, wall ties, etc. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 57 | Global Settlement Re Trucks and Trailers (u) | 0.00 | 125,000.00 | | 125,000.00 | FA |
| 57 | **Assets** **Totals** (Excluding unknown values) | **$500,132.12** | **$603,353.67** | | **$125,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE TO EMPLOY ACCOUNTANT AND PREPARE FINAL TAX RETURNS.

**Initial Projected Date Of Final Report (TFR):** September 30, 2013       **Current Projected Date Of Final Report (TFR):** September 30, 2013

Printed: 10/02/2013 10:55 AM    V.13.13

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-82758  
**Case Name:** MIKE FASULA CONCRETE CONSTRUCTION,  
**Taxpayer ID #:** **-***4262  
**Period Ending:** 10/02/13  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2866 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/13 | {57} | HMH Concrete Construction, Inc. | Pymt for Purchase of Property of the Estate | 1229-000 | 125,000.00 | | 125,000.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.88 | 124,904.12 |
| 04/16/13 | 101 | BERNARD J NATALE LTD | INTERIM ATTORNEY FEES & EXPENSES FOR PERIOD OF 8/28/12 - 03/15/13 | | | 10,411.63 | 114,492.49 |
| | | | INTERIM ATTYORNEY FEES          10,364.50 | 3110-000 | | | 114,492.49 |
| | | | INTERIM EXPENSES          47.13 | 3120-000 | | | 114,492.49 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.14 | 114,307.35 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.89 | 114,137.46 |
| 06/03/13 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-82758, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 86.09 | 114,051.37 |
| 06/03/13 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-82758, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -86.09 | 114,137.46 |
| 06/03/13 | 103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-82758, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 88.90 | 114,048.56 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 153.15 | 113,895.41 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.20 | 113,715.21 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.56 | 113,551.65 |
| 09/18/13 | 104 | KARL K BARNES & ASSOCIATES P C | Ref # 22485 | 3410-000 | | 625.00 | 112,926.65 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.73 | 112,768.92 |
| | | | **ACCOUNT TOTALS** | | 125,000.00 | 12,231.08 | **$112,768.92** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 125,000.00 | 12,231.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$125,000.00** | **$12,231.08** | |

{} Asset reference(s)

Printed: 10/02/2013 10:55 AM    V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** 12-82758 | **Trustee:** | BERNARD J. NATALE (330370) |
| **Case Name:** MIKE FASULA CONCRETE CONSTRUCTION, | **Bank Name:** | Rabobank, N.A. |
| | **Account:** | ******2866 - Checking Account |
| **Taxpayer ID #:** **-***4262 | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** 10/02/13 | **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : 125,000.00 | | | | | |
| | | ─────────── | | | Net | Net | Account |
| | | Net Estate : $125,000.00 | **TOTAL - ALL ACCOUNTS** | | **Receipts** | **Disbursements** | **Balances** |
| | | | **Checking # ******2866** | | 125,000.00 | 12,231.08 | 112,768.92 |
| | | | | | $125,000.00 | $12,231.08 | $112,768.92 |

{} Asset reference(s)

Printed: 10/02/2013 10:55 AM   V.13.13

# Claims Proposed Distribution

### Case:  12-82758   MIKE FASULA CONCRETE CONSTRUCTION,

Report Includes ONLY Claims with a Proposed Distribution

| **Case Balance:** | $112,768.92 | **Total Proposed Payment:** | $112,768.92 | **Remaining Balance:** | $0.00 | |
|---|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | CLERK OF THE BANKRUPTCY COURT | Admin Ch. 7 | 293.00 | 293.00 | 0.00 | 293.00 | 293.00 | 112,475.92 |
| | <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | | | | | | | |
| | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 30.36 | 30.36 | 0.00 | 30.36 | 30.36 | 112,445.56 |
| | <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 2,309.75 | 2,309.75 | 0.00 | 2,309.75 | 2,309.75 | 110,135.81 |
| | <3110-00   Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | BERNARD J. NATALE | Admin Ch. 7 | 9,500.00 | 9,500.00 | 0.00 | 9,500.00 | 9,500.00 | 100,635.81 |
| | <2100-00   Trustee Compensation> | | | | | | | |
| 3S-2 | Department of the Treasury | Secured | 254,188.10 | 254,188.10 | 0.00 | 254,188.10 | 100,635.81 | 0.00 |
| | **Total for Case 12-82758 :** | | **$266,321.21** | **$266,321.21** | **$0.00** | **$266,321.21** | **$112,768.92** | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $12,133.11 | $12,133.11 | $0.00 | $12,133.11 | 100.000000% |
| **Total Secured Claims :** | $254,188.10 | $254,188.10 | $0.00 | $100,635.81 | 39.591078% |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-82758
Case Name: MIKE FASULA CONCRETE CONSTRUCTION,
Trustee Name: BERNARD J. NATALE

**Balance on hand:**  $  112,768.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S-2 | Department of the Treasury | 254,188.10 | 254,188.10 | 0.00 | 100,635.81 |
| 5 | Rogers Ready Mix & Materials, Inc | 482,528.23 | 482,528.23 | 0.00 | 0.00 |
| 8S | BMO HARRIS BANK, N.A., f/k/a Harris N.A | 350,000.00 | 350,000.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $  100,635.81
Remaining balance:  $  12,133.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 9,500.00 | 0.00 | 9,500.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 12,674.25 | 10,364.50 | 2,309.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 77.49 | 47.13 | 30.36 |
| Accountant for Trustee, Fees - KARL K BARNES & ASSOCIATES P C | 625.00 | 625.00 | 0.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |
| Other Expenses: INTERNATIONAL SURETIES, LTD | 88.90 | 88.90 | 0.00 |

Total to be paid for chapter 7 administration expenses:  $  12,133.11
Remaining balance:  $  0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $  0.00
Remaining balance:  $  0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,488.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 3P-2 | Department of the Treasury | 2,488.86 | 0.00 | 0.00 |

| | Total to be paid for priority claims: | $ 0.00 |
|---|---|---:|
| | Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 643,462.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Construction Industry Retirement | 142,959.92 | 0.00 | 0.00 |
| 2 | Lube Pros | 632.94 | 0.00 | 0.00 |
| 3U-2 | Department of the Treasury | 1.08 | 0.00 | 0.00 |
| 4 | Fox Valley & Vicinity Construction Workers Pension | 12,931.33 | 0.00 | 0.00 |
| 6 | CNH Capital America LLC | 7,652.01 | 0.00 | 0.00 |
| 7 | Central Laborers' Pension, Welfare, and Annuity Fu | 324,266.22 | 0.00 | 0.00 |
| 8U | BMO HARRIS BANK, N.A., f/k/a Harris N.A | 155,019.38 | 0.00 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ 0.00 |
|---|---|---:|
| | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**