UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: MIKE FASULA CONCRETE CONSTRUCTION,   § Case No. 12-82758
§
§
Debtor(s)   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of The U S Bankruptcy Court
327 S Church Street, Room 1100
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on **11/25/2013** in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 10/02/2013     By: /s/BERNARD J. NATALE
                              Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: MIKE FASULA CONCRETE CONSTRUCTION,  § Case No. 12-82758
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*             $   125,000.00

*and approved disbursements of*                  $    12,231.08

*leaving a balance on hand of* 1                 $   112,768.92

**Balance on hand:**                             $   112,768.92

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3S-2 | Department of the Treasury | 254,188.10 | 254,188.10 | 0.00 | 100,635.81 |
| 5 | Rogers Ready Mix & Materials, Inc | 482,528.23 | 482,528.23 | 0.00 | 0.00 |
| 8S | BMO HARRIS BANK, N.A., f/k/a Harris N.A | 350,000.00 | 350,000.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:  $   100,635.81
Remaining balance:                      $    12,133.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 9,500.00 | 0.00 | 9,500.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 12,674.25 | 10,364.50 | 2,309.75 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 77.49 | 47.13 | 30.36 |
| Accountant for Trustee, Fees - KARL K BARNES & ASSOCIATES P C | 625.00 | 625.00 | 0.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | | |
|---|---|---|---|
| Other Expenses: INTERNATIONAL SURETIES, LTD | 88.90 | 88.90 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 12,133.11
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $2,488.86 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P-2 | Department of the Treasury | 2,488.86 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 643,462.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Construction Industry Retirement | 142,959.92 | 0.00 | 0.00 |
| 2 | Lube Pros | 632.94 | 0.00 | 0.00 |
| 3U-2 | Department of the Treasury | 1.08 | 0.00 | 0.00 |
| 4 | Fox Valley & Vicinity Construction Workers Pension | 12,931.33 | 0.00 | 0.00 |
| 6 | CNH Capital America LLC | 7,652.01 | 0.00 | 0.00 |
| 7 | Central Laborers' Pension, Welfare, and Annuity Fu | 324,266.22 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| 8U | BMO HARRIS BANK, N.A., f/k/a Harris N.A | 155,019.38 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL 61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 12-82758-TML
Mike Fasula Concrete Construction, Inc. Chapter 7
   Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-3           User: vgossett              Page 1 of 2                   Date Rcvd: Oct 23, 2013
                               Form ID: pdf006             Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2013.
```
db         +Mike Fasula Concrete Construction, Inc.,    7832 Burden Road,   Machesney Park, IL 61115-8201
19168348    ADT Security Service, Inc.,     P.O. Box 371967,   Pittsburgh, PA 15250-7967
19168349    Attorney Catherine M. Chapman,     Baum Sigman Auerbach & Neuman, Ltd.,
             200 W. Adams Street, Ste. 2200,    Chicago, IL 60606-5231
19168350   +Attorney Matthew Hevrin,    Hinshaw Culbertson,    100 Park Avenue,   Rockford, IL 61101-1099
19168351    Attorney Shawn C. Fulbright,    Fulbright & Associates, PC,    P. O. Box 1510,
             Rockford, IL 61110-0010
19776979   +BMO HARRIS BANK, N.A., f/k/a Harris N.A,    c/o Matthew M. Hevrin,    Hinshaw & Culbertson LLP,
             100 Park Avenue,   Rockford, IL 61101-1099
19168354   +CNH Capital,   PO Box 3900,   Lancaster, PA 17604-3900
19168353   +CNH Capital,   233 Lake Avenue,    Racine, WI 53403-1015
19544768    CNH Capital America LLC,    Po Box 3600,   Lancaster, PA 17604-3600
19770299   +Central Laborers' Pension Fund Board of Trustees,    c/o Richard A. Toth,
             Daley and Georges, Ltd.,    20 S. Clark St., Suite 400,    Chicago, IL 60603-1835
19168352    Central Laborers' Pension Fund, et,    c/o Attorney Richard Toth,    20 S. Clark St., Ste. 400,
             Chicago, IL 60603-1835
19770302   +Central Laborers' Pension, Welfare, and Annuity Fu,    c/o Richard A. Toth,
             Daley and Georges, Ltd.,    20 S. Clark St., Suite 400,    Chicago, IL 60603-1835
19168357    Construction Ind. Retirement Fund,    c/o Attorney Joel Huotari,    120 W. State St., PO Box 219,
             Rockford, IL 61105-0219
19168356   +Construction Ind. Retirement Fund,    c/o Richard J. Wolf & Comapny, Inc.,    PO Box 591,
             Palos Park, IL 60464-0591
19438907   +Construction Industry Funds,    6525 Centurion Drive,    Lansing, MI 48917-9275
19433387   +Construction Industry Retirement,    and Welfare Fund,    1322 East State Street, Suite 300,
             Rockford, IL 61104-2222
19168358    Exxon Mobil,   Processing Center,    Des Moines, IA 50361-0001
19489417   +Fox Valley & Vicinity Construction Workers Pension,    Baum Sigman Auerbach & Neuman, Ltd.,
             c/o Catherine M. Chapman,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
19168359   +Gorman & Company,    200 North Main Street,    Oregon, WI 53575-1447
19168361   +HSBC Business Solutions,    P.O. Box 17689,    Baltimore, MD 21297-1689
19168360   +Harris Bank, N.A.,    c/o Matthew Hevrin,    100 Park Avenue,   Rockford, IL 61101-1099
19525136   +Ian K Linnabary, Esq,    Reno & Zahm LLP,    2902 McFarland Rd Suite 400,   Rockford, IL 61107-6801
19168370   +Judy L. Fasula,    3196 Alyce Drive,   Rockton, IL 61072-9308
19168371   +Lube Pros,   1740 S. Bell School Road,    Cherry Valley, IL 61016-9388
19168373   +Michael J. Fasula,    3196 Alyce Drive,   Rockton, IL 61072-9308
19168372   +Michael and Judy Fasula,    3196 Alyce Drive,    Rockton, IL 61072-9308
19168376   +Mike Fasula,    3196 Alyce Drive,   Rockton, IL 61072-9308
19168375   +Mike and Judy Fasula,    3196 Alyce Drive,    Rockton, IL 61072-9308
19168377    Phillips 66-Conoco-76,    P.O. Box 689061,    Des Moines, IA 50368-9061
19168378   +Rockford Concrete Paving,    2123 20th Avenue,    Rockford, IL 61104-7323
19520555   +Rogers Ready Mix & Materials, Inc,    Ian K Linnabary, Esq,    Reno & Zahm LLP,
             2902 McFarland Rd Suite 400,    Rockford, IL 61107-6801
19168379   +Rogers Ready-Mix & Materials, Inc.,    5510 South Mulford Road,    Rockford, IL 61109-4156
19168380    Sears Credit Cards,    P.O. Box 183082,   Columbus, OH 43218-3082
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19168355   +E-mail/Text: legalcollections@comed.com Oct 24 2013 00:40:42      ComEd,   Claims Dept., 4th Floor,
             Three Lincoln Center,   Villa Park, IL 60181-4204
19168362    E-mail/Text: cio.bncmail@irs.gov Oct 24 2013 00:39:17      Department of the Treasury,
             Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
19168363    E-mail/Text: cio.bncmail@irs.gov Oct 24 2013 00:39:17      Internal Revenue Service,
             P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                              TOTAL: 3
```

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
19168364*     Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
19168365*     Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
19168366*     Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
19168367*     Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
19168368*     Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
19168369*     Internal Revenue Service,    P.O. Box 7346,   Philadelphia, PA 19101-7346
19168374*    +Michael J. Fasula,    3196 Alyce Drive,   Rockton, IL 61072-9308
                                                                                              TOTALS: 0, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3        User: vgossett              Page 2 of 2               Date Rcvd: Oct 23, 2013
                            Form ID: pdf006             Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2013                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2013 at the address(es) listed below:
              Bernard J Natale    on behalf of Accountant Karl   Barnes natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              Bernard J Natale    on behalf of Plaintiff Bernard J. Natale natalelaw@bjnatalelaw.com
              Bernard J Natale    on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com,
               IL42@ecfcbis.com
              Bernard J Natale    natalelaw@bjnatalelaw.com,  IL42@ecfcbis.com
              Carole J. Ryczek    on behalf of Trustee Bernard J Natale carole.ryczek@usdoj.gov
              Catherine M. Chapman    on behalf of Creditor   Fox Valley Construction Workers Fringe Benefit
               Funds cchapman@baumsigman.com
              David H Carter    on behalf of Defendant Mike  Fasula bankruptcyclinicpc@sbcglobal.net
              Jason H Rock    on behalf of Debtor    Mike Fasula Concrete Construction, Inc. jrock@bslbv.com
              Matthew M. Hevrin    on behalf of Creditor    BMO Harris Bank, N.A., f/k/a Harris N.A., as the
               assignee of the Federal Deposit Insurance Corporation as the receiver for Amcore Bank, N.A.
               mhevrin@hinshawlaw.com,   jfornal@hinshawlaw.com
              Meghan N Bolte    on behalf of Trustee Bernard J Natale mmagnuson@bjnatalelaw.com,
               mbolte@bjnatalelaw.com
              Michael G Schultz    on behalf of Creditor    Rogers Ready Mix & Materials, Inc. mgs@renozahm.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Richard A. Toth    on behalf of Creditor     Central Laborers' Pension Fund Board of Trustees
               rtoth@daleygeorge.com
              Richard A. Toth    on behalf of Creditor    Central Laborers' Welfare Fund Board of Trustees
               rtoth@daleygeorge.com
              Richard A. Toth    on behalf of Creditor    Central Laborers' Annuity Fund Board of Trustees
               rtoth@daleygeorge.com
              Scott E Hillison    on behalf of Trustee Bernard J Natale hillison@pacatrust.com
                                                                                             TOTAL: 16
```