# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MIKE FASULA CONCRETE CONSTRUCTION,   § Case No. 12-82758
                                             §
                                             §
Debtor(s)                                    §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $500,132.12                   Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $100,635.81    Claims Discharged
                                                Without Payment: $810,796.79

Total Expenses of Administration: $24,364.19

3) Total gross receipts of $ 125,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $125,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $463,185.51 | $1,086,716.33 | $1,086,716.33 | $100,635.81 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 24,364.19 | 24,364.19 | 24,364.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,488.86 | 2,488.86 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 365,485.96 | 643,462.88 | 643,462.88 | 0.00 |
| **TOTAL DISBURSEMENTS** | $828,671.47 | $1,757,032.26 | $1,757,032.26 | $125,000.00 |

    4) This case was originally filed under Chapter 7 on July 19, 2012. The case was pending for 19 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/19/2014          By: /s/BERNARD J. NATALE
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Global Settlement Re Trucks and Trailers | 1229-000 | 125,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$125,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3S-2 | Department of the Treasury | 4300-000 | 163,185.51 | 254,188.10 | 254,188.10 | 100,635.81 |
| 5 | Rogers Ready Mix & Materials, Inc | 4110-000 | 300,000.00 | 482,528.23 | 482,528.23 | 0.00 |
| 8S | BMO HARRIS BANK, N.A., f/k/a Harris N.A | 4110-000 | N/A | 350,000.00 | 350,000.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$463,185.51** | **$1,086,716.33** | **$1,086,716.33** | **$100,635.81** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CLERK OF THE BANKRUPTCY COURT | 2700-000 | N/A | 293.00 | 293.00 | 293.00 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 30.36 | 30.36 | 30.36 |
| KARL K BARNES & ASSOCIATES P C | 3410-000 | N/A | 625.00 | 625.00 | 625.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,309.75 | 2,309.75 | 2,309.75 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 88.90 | 88.90 | 88.90 |
| BERNARD J. NATALE | 2100-000 | N/A | 9,500.00 | 9,500.00 | 9,500.00 |
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 47.13 | 47.13 | 47.13 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 10,364.50 | 10,364.50 | 10,364.50 |
| Rabobank, N.A. | 2600-000 | N/A | 95.88 | 95.88 | 95.88 |
| Rabobank, N.A. | 2600-000 | N/A | 185.14 | 185.14 | 185.14 |
| Rabobank, N.A. | 2600-000 | N/A | 169.89 | 169.89 | 169.89 |
| Rabobank, N.A. | 2600-000 | N/A | 153.15 | 153.15 | 153.15 |
| Rabobank, N.A. | 2600-000 | N/A | 180.20 | 180.20 | 180.20 |
| Rabobank, N.A. | 2600-000 | N/A | 163.56 | 163.56 | 163.56 |
| Rabobank, N.A. | 2600-000 | N/A | 157.73 | 157.73 | 157.73 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $24,364.19 | $24,364.19 | $24,364.19 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3P-2 | Department of the Treasury | 5800-000 | N/A | 2,488.86 | 2,488.86 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,488.86 | $2,488.86 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Construction Industry Retirement | 7100-000 | 135,561.44 | 142,959.92 | 142,959.92 | 0.00 |
| 2 | Lube Pros | 7100-000 | 632.94 | 632.94 | 632.94 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3U-2 | Department of the Treasury | 7100-000 | N/A | 1.08 | 1.08 | 0.00 |
| 4 | Fox Valley & Vicinity Construction Workers Pension | 7100-000 | N/A | 12,931.33 | 12,931.33 | 0.00 |
| 6 | CNH Capital America LLC | 7100-000 | 7,652.01 | 7,652.01 | 7,652.01 | 0.00 |
| 7 | Central Laborers' Pension, Welfare, and Annuity Fu | 7100-000 | 54,305.66 | 324,266.22 | 324,266.22 | 0.00 |
| 8U | BMO HARRIS BANK, N.A., f/k/a Harris N.A | 7100-000 | N/A | 155,019.38 | 155,019.38 | 0.00 |
| NOTFILED | ComEd | 7100-000 | 7,446.65 | N/A | N/A | 0.00 |
| NOTFILED | HSBC Business Solutions | 7100-000 | 17,598.77 | N/A | N/A | 0.00 |
| NOTFILED | Exxon Mobil Processing Center | 7100-000 | 2,086.81 | N/A | N/A | 0.00 |
| NOTFILED | Phillips 66 -Conoco-7 6 | 7100-000 | 3,059.29 | N/A | N/A | 0.00 |
| NOTFILED | Sears Credit Cards | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Attorney Shawn C. Fulbright Fulbright & Associates, PC | 7100-000 | 31,616.13 | N/A | N/A | 0.00 |
| NOTFILED | Rockford Concrete Paving | 7100-000 | 34,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mike Fasula | 7100-000 | 66,100.00 | N/A | N/A | 0.00 |
| NOTFILED | ADT Security Service , Inc. | 7100-000 | 926.26 | N/A | N/A | 0.00 |
| NOTFILED | Attorney Catherine M. Chapman Baum Sigman Auerbach | 7100-000 | 4,500.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$365,485.96** | **$643,462.88** | **$643,462.88** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82758  
**Case Name:** MIKE FASULA CONCRETE CONSTRUCTION,

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/19/12 (f)  
**§341(a) Meeting Date:** 08/23/12  

**Period Ending:** 02/18/14

**Claims Bar Date:** 12/05/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Blackhawk Bank | 34.27 | 34.27 | | 0.00 | FA |
| 2 | Harris Bank, N.A. | 195.64 | 195.64 | | 0.00 | FA |
| 3 | Bos & Son Masonry, Inc. | 5.00 | 5.00 | | 0.00 | FA |
| 4 | Larson & Larson Builders | 3,276.25 | 3,276.25 | | 0.00 | FA |
| 5 | Tri North Builders | 1,142.50 | 1,142.50 | | 0.00 | FA |
| 6 | Gorman & Company, Inc. | 18,278.46 | 0.01 | | 0.00 | FA |
| 7 | 1979 Louisville 8000 Dump Truck | 8,500.00 | 8,500.00 | | 0.00 | FA |
| 8 | 1999 Ford F-800 Flatbed | 10,500.00 | 10,500.00 | | 0.00 | FA |
| 9 | 1999 Ford F-800 Flatbed | 10,500.00 | 10,500.00 | | 0.00 | FA |
| 10 | 1992 International Flatbed | 8,500.00 | 8,500.00 | | 0.00 | FA |
| 11 | 1986 International Flatbed Tandum | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 12 | 2004 Ford F-650 Form Truck with Rack | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 13 | 1999 Ford F-450 Flatbed | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 14 | 2005 Ford F-450 Flatbed | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 15 | 2003 Ford E-250 Van | 8,500.00 | 8,500.00 | | 0.00 | FA |
| 16 | 2004 Ford E-550 Cube Van | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 17 | 2002 Ford F-250 Diesel Pickup | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 18 | 2002 Ford F-250 Pickup | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 19 | 2000 Ford Ranger Pickup | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 20 | 2008 Ford F-250 Utility Box Truck | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 21 | Case 75XT Skid Loader | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 22 | 2004 Pace American Enclosed Trailer | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 23 | 2005 Contrail 6 Ton Trailer | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 24 | 1989 Lil Brut Loader Trailer | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 25 | 1999 Cronkite 10,000 lb Trailer | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 26 | 1999 Cronkite 10,000 lb Trailer | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 27 | 2004 Tilt Bed Trailer for Roller | 800.00 | 800.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82758  
**Case Name:** MIKE FASULA CONCRETE CONSTRUCTION,

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/19/12 (f)  
**§341(a) Meeting Date:** 08/23/12

**Period Ending:** 02/18/14

**Claims Bar Date:** 12/05/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 28 | 2003 Haulmark Trailer for Rider Machines | 500.00 | 500.00 | | 0.00 | FA |
| 29 | 1974 Dakota 12 Ton Trailer | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 30 | 2 sets of office furniture with 1 computer | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 31 | Finishing Machine - 3' and 4' | 10,000.00 | 10,000.00 | | 0.00 | FA |
| 32 | 3 Riders | 18,500.00 | 18,500.00 | | 0.00 | FA |
| 33 | 4 Soft Cut Saws | 5,800.00 | 5,800.00 | | 0.00 | FA |
| 34 | Road Saw 65 hp | 3,500.00 | 0.00 | | 0.00 | FA |
| 35 | Road Saw 25 hp | 800.00 | 800.00 | | 0.00 | FA |
| 36 | Power Pack & Ring Saw | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 37 | 10 - 12"-14" Hand Saws ($750.00 each) | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 38 | 4 Oilers for Wall Forms ($1,500.00 each) | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 39 | Tampers | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 40 | Wacker Roller | 6,500.00 | 6,500.00 | | 0.00 | FA |
| 41 | Concrete Stamps - 12 Sets | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 42 | Auger with Bits | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 43 | Trencher | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 44 | Concrete Breaker | 1,800.00 | 1,800.00 | | 0.00 | FA |
| 45 | Broom | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 46 | 5 Concrete Buggies | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 47 | 185 SulAir | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 48 | Ha n Power Tools, Generators, Hammer Drills, etc | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 49 | General trade tools and measuring equipment | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 50 | 4' - 2 Bar Forms 4' - 2 Bar Fillers | 22,500.00 | 22,500.00 | | 0.00 | FA |
| 51 | 4' - 3 Bar Forms 4' - Bar Filler | 22,500.00 | 22,500.00 | | 0.00 | FA |
| 52 | 8' - 4 Bar Forms 8' - 4 Bar Fillers | 45,000.00 | 45,000.00 | | 0.00 | FA |
| 53 | 8 - 6 Bar Forms 8' - 6 Bar Fillers | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 54 | 6' - 4 Bar Forms 6' - 4 Bar Fillers | 10,000.00 | 10,000.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-82758  
**Case Name:** MIKE FASULA CONCRETE CONSTRUCTION,

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 07/19/12 (f)  
**§341(a) Meeting Date:** 08/23/12

**Period Ending:** 02/18/14

**Claims Bar Date:** 12/05/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 55 | 10' - 6 Bar Forms 10' - 6 Bar Fillers | 40,000.00 | 40,000.00 | | 0.00 | FA |
| 56 | Raw Materials (Steel, wire mesh, wall ties, etc. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 57 | Global Settlement Re Trucks and Trailers  (u) | 0.00 | 125,000.00 | | 125,000.00 | FA |
| 57 | **Assets   Totals** (Excluding unknown values) | **$500,132.12** | **$603,353.67** | | **$125,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TRUSTEE TO EMPLOY ACCOUNTANT AND PREPARE FINAL TAX RETURNS.

**Initial Projected Date Of Final Report (TFR):**   September 30, 2013     **Current Projected Date Of Final Report (TFR):**   October 2, 2013  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-82758  
**Case Name:** MIKE FASULA CONCRETE CONSTRUCTION,  
**Taxpayer ID #:** **-***4262  
**Period Ending:** 02/18/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2866 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/13 | {57} | HMH Concrete Construction, Inc. | Pymt for Purchase of Property of the Estate | 1229-000 | 125,000.00 | | 125,000.00 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 95.88 | 124,904.12 |
| 04/16/13 | 101 | BERNARD J NATALE LTD | INTERIM ATTORNEY FEES & EXPENSES FOR PERIOD OF 8/28/12 - 03/15/13 | | | 10,411.63 | 114,492.49 |
| | | | INTERIM ATTYORNEY FEES          10,364.50 | 3110-000 | | | 114,492.49 |
| | | | INTERIM EXPENSES          47.13 | 3120-000 | | | 114,492.49 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.14 | 114,307.35 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 169.89 | 114,137.46 |
| 06/03/13 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-82758, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 86.09 | 114,051.37 |
| 06/03/13 | 102 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-82758, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -86.09 | 114,137.46 |
| 06/03/13 | 103 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/03/2013 FOR CASE #12-82758, Pymt of Bond #016018067 for 06/01/13 to 06/01/14 | 2300-000 | | 88.90 | 114,048.56 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 153.15 | 113,895.41 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 180.20 | 113,715.21 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 163.56 | 113,551.65 |
| 09/18/13 | 104 | KARL K BARNES & ASSOCIATES P C | Ref # 22485 | 3410-000 | | 625.00 | 112,926.65 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.73 | 112,768.92 |
| 12/03/13 | 105 | CLERK OF THE BANKRUPTCY COURT | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 112,475.92 |
| 12/03/13 | 106 | BERNARD J. NATALE | Dividend paid 100.00% on $9,500.00, Trustee Compensation;  Reference: | 2100-000 | | 9,500.00 | 102,975.92 |
| 12/03/13 | 107 | Department of the Treasury | Distribution paid 39.59% on $254,188.10; Claim# 3S-2; Filed: $254,188.10; Reference: | 4300-000 | | 100,635.81 | 2,340.11 |
| 12/03/13 | 108 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,340.11 | 0.00 |
| | | | Dividend paid 100.00%     2,309.75 on $2,309.75;  Claim# ATTY; Filed: $2,309.75; Reference: FINAL FEES | 3110-000 | | | 0.00 |

Subtotals :    $125,000.00     $125,000.00

{} Asset reference(s)

Printed: 02/18/2014 04:44 PM     V.13.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-82758  
**Case Name:** MIKE FASULA CONCRETE CONSTRUCTION,  

**Taxpayer ID #:** **-***4262  
**Period Ending:** 02/18/14  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******2866 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00%   30.36<br>on $30.36;  Claim# EXP;<br>Filed: $30.36;<br>Reference: FINAL EXPENSES | 3120-000 | | | 0.00 |
| | | | ACCOUNT TOTALS | | 125,000.00 | 125,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 125,000.00 | 125,000.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $125,000.00 | $125,000.00 | |

```
Net Receipts :      125,000.00
                _____
Net Estate :        $125,000.00
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******2866** | 125,000.00 | 125,000.00 | 0.00 |
| | $125,000.00 | $125,000.00 | $0.00 |

{} Asset reference(s)

Printed: 02/18/2014 04:44 PM    V.13.14